UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-20015-RAR

**VICTOR ARIZA**,

    Plaintiff,

vs.

**SUIT SUPPLY (U.S.A), INC.,**
**a foreign for-profit corporation,**

    Defendant.
_____/

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff VICTOR ARIZA, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated:  February 16, 2023

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By     *s/ Roderick V. Hannah*          | By     *s/ Pelayo M. Duran*           |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February, 2023, a true and correct of the foregoing was electronically filed and was served via email on the following:

Bryan F. DuBon, Esq.
DENTONS COHEN GRIGSBY PC
Mercato Suite 6200
9110 Strada Place
Naples, FL  34108
(239) 390-1826
Bryan.dubon@dentons.com

*Counsel for Defendant*
*SUIT SUPPLY USA, INC.*

/s/ *Roderick V. Hannah*
Roderick V. Hannah